

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2023

No. 04-22-00754-CV

**IN THE INTEREST OF J.M.R.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01940
Honorable Raul Perales, Judge Presiding

# O R D E R

After we granted Appellant Mom's brief first motion for an extension of time to file the brief, Mom's brief was due on January 5, 2023. *See* TEX. R. APP. P. 38.6(a). On the due date, Mom moved for an eight-day extension of time to file her brief.

Appellant Mom's motion is granted. Her brief is due on January 13, 2023.

Entered this 10th day of January 2023.

PER CURIAM

Attested to: _____
MICHAEL A. CRUZ, Clerk of Court